CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

OCT 06 2022

LAURA A. AUSTIN, CLERK
BY: ＿＿＿＿＿＿＿＿＿
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Roland Macher, pro se

Slumlord Millionaire LLC

Plaintiffs

Vs.

Civil Action No: 722cv00575

Netflix, Inc

Reed Hastings, Founder, CEO

Marc Randolph Founder

SPENCE NEUMANN, CFO

GREG PETERS, CPO

AND

SPENCER WANG, VP

COMPLAINT

It comes before this Honorable Court that this Plaintiff, Roland Macher, acting pro Se, claims that he owns the copy write and trademark to Slumlord Millionaire. A Book and reality show that was registered with the U>S> Copyright Office in 2016. Netflix, Inc ., develops and airs movies and TV shows throughout the world, via, Their subscription streaming service. Netflix, Inc. though the direction and authority of their management team stole, used, developed, and marketed the exact same reality show based on Machers book Slumlord Millionaire. One of Netflix's shows

featured Jared Kushner, in Dirty Money without Machers consent or authorization. Machers and Slumlord Millionaire LLCs rights were violated when in 2020 and 2021 Netflix developed, marketed and distributed Machers book and reality show for a profit.

This Plaintiff will show that Netflix, Inc. has a history of pirating ideas from creators without authorization or compensation, thus, violating the rights of this Plaintiffs intellectual property for a profit.

## STATEMENT OF FACTS

On and about October 11th, 2021 Macher sent to Netflix and all related executives a demand Letter to cease-and-desist stating that Netflix had violated Machers copyright and trademark rights of both his book and reality show Slumlord Millionaire. There was no response from Netflix Inc.

On November 21st 2021, Macher received an e-mail from Netflix, concerning the development of Machers concept. They claimed that they had something in production themselves. They did not address the cease-and-desist.

In early 2017 Macher developed a web site that has been available worldwide and has easy access. The web site provided another blueprint for Netflix to copy for their own development.

Macher also developed a facebook page and had no less then 10 posts per month for years that further exposed the public to Slumlord Millionaire, the book and the reality show. Both were copied by Netflix Inc.

In 2021 Macher contacted Netflix Inc. and sent their office a Slumlord Millionaire book and "sizzle reel" which they copied and used for their own show, Slumlord Millionaire, without authorization or compensation to Macher. Their second show featured, Jared

Kushner,,called Dirty Money.

October 1st, 2021, Macher sent Netflix, Inc. concerning the unauthorized use of the name Slumlord Millionaire, no response from Netflix Inc.

September 26th 2021, Macher contacts Netflix Inc., again concerning his book (publication) Slumlord Millionaire and his reality show. There was no response again from Netflix Inc.

In 2018 Macher attended Natpe in Maimi Florida. Which a international trade show for Showcasing new and exciting ideas for t v, streaming, and the movie business. Netflix Inc.s people game by Slumlord Millioniaire's booth and received information including Machers book.

Macher followed up on the show and did a blanket e mail to producers, companies, directors, and media executives including Nextflix Inc., with the reality show concept, a sizzle reel as well as the suggestion season programing. Tesha Crawford and Gabrielle Cristobal were two of the executives at Nextflix Inc. that received the information Macher sent out.

Macher has never been contacted by Netflix Inc. or any of its executives. He was never been given compensation for his creative work, his ideas, concept, marketing direction, his blue print for success on the book Slumlord Millionaire and the reality show.

## MOTION FOR RELIEF

This Plaintiff prays that the Court will agree with Macher that Netflix Inc. and its Executives violated Machers copy write and trademark rights.

It is believed that due to Netflix, Inc. continued use and development of Machers creative and copy-written book and reality show, that Netflix, Inc,

is just expressing their dominance as being the biggest subscription streaming service, t v and movie production company. Playing Goliath to the Davids of

our world, Macher being David. These actions indicate that the common belief within the Netflix Inc., corporate climate is that they can do

whatever they want to whomever they want to. The belief that no one will take the time or spend the money to protect their interests is

indicative of a blatant and defiant attitude and should warrant the Court to consider a judgment in favor of this Plaintiff.

   The Plaintiff is seeking a judgment of 5 (five) million dollars for Compensatory Damages and 5 (five) million dollars for Punitive Damages.

This Plaintiff also asks the Court to consider and all reasonable costs and attorney fees (if necessary) to include witness expenses that may be

Related to moving forward with this action and shall hold the Defendant responsible for satisfying the payment in such fees.

   In addition this Plaintiff prays that the Court will consider and immediate cease-and-desist order to stop the further development and

distribution of any and all productions and shows that relate directly to the book and reality show, Slumlord Millionaire.

Respectfully submitted

Roland Macher, pro se

10-6-22

Slumlord Millionaire LLC

Plaintiff

Roland Macher

1925 Salem Ave.

Roanoke, Va. 24016

spankymacher@gmail.com

540-529-9259

Defendants

Netflix and all the executives

Netflix

5808 Sunset Blvd

Las Angles, Ca. 90028

And

Netflix

100 Winchester Circle

Los Gatos Ca. 95032

A true copy of this complaint has been filed the Western District of Virginia Federal Court in the United States on May 6th 2022. A true copy of the complaint has been mailed to Netflix Inc. and all of its defendants on the same day, October 6th 2022. Service to be issued.